UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-21-BO-2

UNITED STATES OF AMERICA )
)
v. )
) ORDER
JOSE LUIS QUIROZ, )
)
Defendant. )

THIS MATTER is before the Court on defendant's Unopposed Motion to Continue Arraignment and Trial. For good cause shown, the motion is GRANTED and the arraignment in this matter is hereby continued to the Court's **February 2018** term.

It is further ordered that any delay that results from this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED, this the **18** day of September 2017.

Terrence W. Boyle
United States District Judge