UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:16-CR-21-2BO
Civil No. 7:18-CV-198-BO

Jose Luis Quiroz, )
 )
          Petitioner, )
 )
v. )     ORDER
 )
United States of America, )
 )
          Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _14_ day of November, 2018.

TERRENCE W. BOYLE
CHIEF, US UNITED STATES DISTRICT JUDGE